EDWARD WASHINGTON, TDCJ-ID No. 1834583
FRENCH ROBERTSON UNIT
12071 FM 3522      PD-0344-15
ABILENE, TX 79601

RECEIVED

MAR 11 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

MARCH 6, 2015

COURT OF APPEALS
TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP ST. STE. 9000
FORT WORTH, TX 76196

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta, Clerk

RE: APPEALS No.: 02-13-00050-CR; TRIAL CASE No.: 12731310

DEAR COURT,

I WOULD LIKE TO BE GRANTED A 90 DAY EXTENSION TO FILE MY PETETION FOR DISCRETIONARY REVIEW (P.D.R) DUE TO THE FOLLOWING REASONS: FIRST AND FOREMOST, I NO LONGER HAVE AN ATTORNEY AND WILL BE FILING PRO SE. SECONDLY, I HAVE VERY LIMITED ACCESS TO THE INSTITUTIONAL LAW LIBRARY.

YOUR TIME AND CONSIDERATION REGARDING THIS REQUEST WILL BE GREATLY APPRECIATED.

FILED IN
COURT OF CRIMINAL APPEALS

MAR 27 2015

Abel Acosta, Clerk

CORDIALLY,
Edward Washington

CC: FILE